IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KEVIN STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:22-cv-6009-BP ) |
| CORIZON, L.L.C., et al., | ) ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Jamie Kathryn Lansford, pursuant to Western District of Missouri L.Civ.R. 83.2 and hereby moves for the Court's order granting her leave to withdraw as counsel in the above-captioned matter on the grounds that she has requested that the Missouri Supreme Court grant her inactive status and is retiring from the practice of law.

Arthur A. Benson II and D. Adam Leatherwood will remain as counsel for Plaintiff Kevin Strickland in this case.

Respectfully submitted,

LAW OFFICE OF ARTHUR A. BENSON II

By  s/ Arthur A. Benson II

By s/ Jamie Kathryn Lansford
Arthur A. Benson II #21107
Jamie Kathryn Lansford #31133
4006 Central Avenue
Kansas City, Missouri 64111

(816) 531-6565
(816) 531-6688 (telefacsimile)
abenson@bensonlaw.com
jlansford@bensonlaw.com

and

THE LEATHERWOOD FIRM, LLC


By  D. Adam Leatherwood
D. Adam Leatherwood   #58280
P.O. Box 482235
Kansas City, Missouri 64148-2235
(816) 377-2055
(816) 377-3811 (eFax)
aleatherwood@gmail.com

Attorneys for Plaintiff Kevin Strickland

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2023, a copy of the above and foregoing was filed with the United States District Court for the Western District of Missouri via the Court's CM/ECF filing system with notice of case activity generated and sent electronically with the filed document to counsel for Defendants listed below:

J. Thaddeus Eckenrode  #31080
Randall A. Bauman  #42616
Andrew R. Dickerson  #72767
Eckenrode-Maupin, Attorneys at Law
11477 Olde Cabin Road, Suite 110
St. Louis, Missouri  63141
(314) 726-6670
(314) 726-2106 (telefacsimile)
jte@eckenrode-law.com
rab@eckenrode-law.com
ard@eckenrode-law.com

Attorneys for Defendants Corizon, LLC, and

Thomas Bredeman, M.D.

                                               s/ Jamie Kathryn Lansford
                                               Attorney for Plaintiff