UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KEVIN STRICKLAND, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:22-cv-6009 |
| CORIZON, LLC, et al. | ) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Comes now Defendant Corizon Health, Inc. a/k/a Corizon, LLC, n/k/a Tehum Care Services, Inc. ("TCS" or "Debtor") one of the named defendants herein, by and through undersigned counsel, and hereby files its *Suggestion of Bankruptcy and Notice of Automatic Stay* and states as follows:

1)  On February 13, 2023 (the "Petition Date"), TCS filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2)  As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a ***stay***, applicable to all entities, of (i) *commencement or continuation of a judicial, administrative or other action or proceeding* against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of

property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

3) The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

Wherefore, Defendant Corizon Health, Inc. a/k/a Corizon, LLC, n/k/a Tehum Care Services, Inc. ("TCS" or "Debtor") respectfully prays that this Honorable Court recognize the automatic stay of any/all proceedings in this case in compliance with 11 U.S.C. § 362(a), and enter its order in accordance with that automatic stay until such time as the stay may be lifted by the United States Bankruptcy Court.

Respectfully Submitted,

*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode Mo. Bar #31080
Randall A. Bauman, Mo. Bar #42616
ECKENRODE-MAUPIN, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
rab@eckenrode-law.com
*Attorneys for Defendants Corizon, LLC, and Thomas Bredeman, M.D.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing served via electronic filing on this 16th day of February, 2023 to the following:

**Arthur A. Benson II**
**Jamie Kathryn Lansford**
LAW OFFICE OF ARTHUR A. BENSON II
abenson@bensonlaw.com
jlansford@bensonlaw.com
*Attorneys for Plaintiff*

**D. Adam Leatherwood**
THE LEATHERWOOD FIRM, LLC
Aleatherwood@gmail.com
*Attorneys for Plaintiff*

                                                */s/ Lillian Turbe*