IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KEVIN STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 22-06009-CV-SJ-BP |
| CORIZON, L.L.C., et al., | ) ) ) |
| Defendants. | ) |

## ORDER STAYING CASE

The Court received notice that Defendant Corizon Health, Inc. ("Corizon") filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code. This case is automatically stayed as to Corizon pursuant to 11 U.S.C. § 362. While the automatic stay does not extend to the other defendant (Dr. Thomas Bredeman), Plaintiff and Dr. Bredeman agree the case should be stayed as to him until Corizon's bankruptcy is concluded. (Doc. 31; Doc. 32.)

Accordingly, this case is **STAYED** pending further Order of the Court. The parties are directed to file a status report describing the status of the bankruptcy and whether they believe the stay should be continued. The Status Report shall be filed on or before September 8, 2023, and subsequent Status Reports shall be filed every 180 days thereafter.

**IT IS SO ORDERED.**

Date: March 8, 2023

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT